weight of the evidence. In view of the disposition made of the order denying the motion for a new trial upon the minutes, the appeal from the order denying motion for a new trial on the ground of newly-discovered evidence is dismissed. All concur.

STEPHEN B. MILLSPAUGH, Appellant, v. ALICE McNULTY, Respondent. — Order affirmed, with ten dollars costs and disbursements. All concur.

ISADORE SUGARMAN, Individually and as Surviving Partner of the Partnership of WAX & SUGARMAN, Respondent, v. INTERNATIONAL BROKERAGE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to plead over within twenty days upon payment of the costs of the motion and of this appeal. All concur.

ACME MOTOR TRUCK COMPANY, Appellant, Respondent, v. CARRIE GUHL, Respondent, Appellant.— Judgment and order affirmed, without costs of this appeal to either party. All concur.

ESTHER GARDNER, Respondent, v. LESSER KAPLAN, Appellant.— Order affirmed, with costs. All concur.

NATHAN HEIMLICH, an Infant, by JULIA HEIMLICH, His Guardian ad Litem, Respondent, v. ORNAN WALTZ and Another, Appellants.— Judgment and order affirmed, with costs. All concur.

CHARLES W. STONE, as Administrator, etc., of FRANCIS G. STONE, Deceased, Appellant, v. AMELIA BOLT, Respondent, Impleaded with GERTRUDE FRANKLIN, Defendant.— Judgment and order denying new trial as to defendant Bolt reversed upon the law and facts, and a new trial granted, with costs to plaintiff to abide event, upon the ground that the finding of the jury that said defendant was not guilty of negligence is against the weight of the evidence. All concur.

CHARLES W. STONE, as Administrator, etc., of FRANCIS G. STONE, Deceased, Respondent, v. AMELIA BOLT, Defendant, Impleaded with GERTRUDE FRANKLIN, Appellant.— Order granting a new trial as to defendant Franklin affirmed, with costs. All concur.

GRANGER & COMPANY and Another, Respondents, v. EUGENE BURNS and Others, Appellants, Impleaded with Others.— Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concur.

GRANGER & COMPANY and Another, Respondents, v. CHARLES W. FINK and Others, Appellants, Impleaded with Others.— Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over within twenty days upon payment of the costs of the demurrer and of this appeal. All concur.

DOUGLAS PACKING COMPANY, Appellant, v. STEUBEN PRODUCTS COMPANY, INC., Respondent.— It appearing that there are not four justices of this court qualified to sit in the hearing of the appeal, said appeal is transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 618 of the Civil Practice Act; Clark and Davis, JJ., being disqualified.

In the Matter of the Opening Up and Laying Out of a Highway across